United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-00263-JAW
Shalandra Kenetta Bowie  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Apr 16, 2025  Form ID: ntcds13v  Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shalandra Kenetta Bowie, 944 Glastonbury Cir #A, Ridgeland, MS 39157-1211 |
| 5191353 | + | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 5191357 | + | Greenwood Leflore Hosp, P.O. Box 101928, Dept 1984, Birmingham, AL 35210-6928 |
| 5192590 | + | Greenwood Leflore Hospital, UMR, LLC, P.O. box 22685, Jackson, MS 39225-2685 |
| 5191359 | + | LVNV, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5191360 | + | Progressive Car Insura, P.O. Box 31260, Tampa, FL 33631-3260 |
| 5191361 | | Tower Loan, 108 MS7, Greenwood, MS 38930 |
| 5191363 | + | United Medical Recover, P.O. Box 22685, Jackson, MS 39225-2685 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5191352 | + | Email/Text: bankruptcy@1ffc.com | Apr 16 2025 19:44:00 | 1st Franklin Financial, Po Box 880, Toccoa, GA 30577-0880 |
| 5191355 | + | Email/Text: asanders@nobodybeatsacannondeal.com | Apr 16 2025 19:43:00 | CC Finance, Inc., P.O. Box 252, Calhoun City, MS 38916-0252 |
| 5191354 | + | EDI: CAPITALONE.COM | Apr 16 2025 23:40:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5208499 | + | EDI: AIS.COM | Apr 16 2025 23:40:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5191356 | + | EDI: CCS.COM | Apr 16 2025 23:40:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5191358 | + | Email/Text: LibertySOP@cscglobal.com | Apr 16 2025 19:43:00 | Liberty Mutual Insuran, 175 Berkeley St, Boston, MA 02116-3350 |
| 5208220 | | EDI: Q3G.COM | Apr 16 2025 23:40:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5212008 | + | Email/Text: bankruptcy@bbandt.com | Apr 16 2025 19:43:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5191362 | + | Email/Text: bankruptcy@bbandt.com | Apr 16 2025 19:43:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5191364 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Apr 16 2025 19:43:00 | US Bank, P.O. Box 21948, Saint Paul, MN 55121-4201 |
| 5191365 | + | EDI: VERIZONCOMB.COM | Apr 16 2025 23:40:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 11

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: ntcds13v | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025          Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shalandra Kenetta Bowie trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 23−00263−JAW
Chapter: 13

In re:
    Shalandra Kenetta Bowie
    944 Glastonbury Cir #A
    Ridgeland, MS 39157

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5601

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

    You are hereby notified that on April 16, 2025, Shalandra Kenetta Bowie (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 63). On April 16, 2025, the court entered an *ex parte* order (Dkt. # 64) granting the Debtor's Motion.

    Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 4/16/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600